**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Jill Mehrberg,

Plaintiff,

v.

Illinois Department of Commerce & Economic Opportunity,

Defendant.

| |
|---|

Case No.  18-cv-02032
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant Illinois Department of Commerce & Economic Opportunity
and against plaintiff Jill Mehrberg

.

Defendant shall recover costs from plaintiff.

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion for summary judgment.

Date:   1/3/2022                                  Thomas G. Bruton, Clerk of Court

                                  Dawn A. Moreno, Deputy Clerk